HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Omar Echeverria Camacho

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:13-cr-00369-AWI-BAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO ADVANCE ) STATUS CONFERENCE |
| vs. | ) DATE:   June 22, 2015 |
| OMAR ECHEVERRIA CAMACHO, | ) TIME:   10:00 a.m. ) JUDGE: Hon. Anthony W. Ishii |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for June 29, 2015 before the Honorable Anthony W. Ishii may be advanced to June 22, 2015 at 10:00 a.m.

This advancement of the court date is at the request of the defense as the parties have reached a resolution in this case and Mr. Camacho wishes to enter his plea and be sentenced at the earliest available date.  The Government is in agreement with the advancement.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 9, 2015                    By:     /s/ Mia Giacomazzi
                                               MIA GIACOMAZZI
                                               Assistant United States Attorney
                                               Attorney for Plaintiff

```
                                    HEATHER E. WILLIAMS
                                    Federal Defender

DATED: June 9, 2015         By:     /s/ Charles J. Lee
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    OMAR ECHEVERRIA CAMACHO
```

**O R D E R**

IT IS SO ORDERED.

Dated:  June 9, 2015          _____
                              SENIOR  DISTRICT  JUDGE

-2-